```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BART MASSARO,                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
BARD ACCESS SYSTEMS, INC.,       :        NO. 02-2678
```

**O R D E R**

AND NOW, this 30th day of **May 2002**, it is Ordered that the Initial Pretrial Conference scheduled on May 30, 2002 is **RESCHEDULED** on **June 27, 2002 at 12:30 p.m.**, Room 7614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania

```
     ATTEST:                  or     BY THE COURT


     BY:_____        _____
        Deputy Clerk                         Judge
```

C.V. 12 (4/99)

Michael A. Smerconish, Esq.
Thomas P. Wagner, Esq.